UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ALDANA,<br><br>  Plaintiff,<br><br>  v.<br><br>WALMART INC.,<br><br>  Defendant. | Case No. 1:23-cv-01534-CDB<br><br>ORDER DISCHARGING SANCTIONS ORDER AND REQUIRING PLAINTIFF TO PAY SANCTIONS<br><br>(Docs. 10-11) |

On June 13, 2023, Plaintiff Johnny Aldana ("Plaintiff") initiated this action with the filing of a complaint against Defendant Walmart Inc. ("Defendant") in the Superior Court of the State of California, County of Kern. (Doc. 1). Defendant removed the action to this Court on October 27, 2023. *Id*. That same day, the Court issued case management documents ordering the parties to file consent/decline of U.S. Magistrate Judge jurisdiction forms within 14 days from the date the action was removed from state court. (Doc. 3-1). On November 9, 2023, Defendant filed a consent/decline form. (Doc. 4).

On January 18, 2024, the Court reminded Plaintiff of his responsibility to file a consent/decline of U.S. Magistrate Judge jurisdiction form and directed him to file the form no later than January 23, 2024. (Doc. 6). When Plaintiff did not timely comply with that order, on January 24, 2024, the Court ordered Plaintiff within two days either to (1) show cause in writing why sanctions should not be imposed for his failure to timely comply with the Court's order, or (2) file

1

the required consent/decline form. (Doc. 7). Plaintiff did not respond to the Court's order to show cause.

Accordingly, on January 30, 2024, the Court issued an order requiring Plaintiff to pay sanctions of $100 per day until Plaintiff files a consent/decline of U.S. Magistrate Judge jurisdiction form. (Doc. 10). That same day, Plaintiff filed said form. (Doc. 11). In light of Plaintiff's expeditious filing of the consent/decline form, the Court perceives that Plaintiff understands the importance of timely complying with court orders and, thus, shall discharge further sanctions and shall impose a $100 sanction based on the Court's order. (Doc. 10 at 3) ("Any response by Plaintiff on the date of this Order will not relieve Plaintiff of the sanction imposed commencing on this date").

Based on the foregoing, IT IS HEREBY ORDERED that:

Plaintiff shall pay the Clerk of the Court $100.00 in sanctions no later than February 14, 2024. Plaintiff shall file proof of payment with the Court within three (3) days thereafter once payment is made.

And IT IS FURTHER ORDERED that if such payment and proof of payment is not timely made, additional sanctions of $50.00 per day shall issue from February 14, 2024, until full payment is received.

IT IS SO ORDERED.

Dated: **January 31, 2024**

UNITED STATES MAGISTRATE JUDGE